SAMUEL HOROWITZ v. BERNARD S. FORMAN.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EBBA VEECK v. GUSTAV A. VEECK.— Motion for leave to appeal to Court of Appeals and for a stay granted; question certified. Motion for reargument denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LOUIS HILDENSTEIN v. MARGUERITE FESS.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOHN CORBETT, an Infant, by ALICE B. CORBETT, His Guardian ad Litem, Respondent, v. LEROY SCOTT, Appellant.— Judgment and order affirmed, with costs. No opinion. In view of the importance to the general public of the question involved in the case as to the violation of the statute in question,* and the question whether or not such violation constituted plaintiff a trespasser on the public highway and barred him as such from any recovery by reason of defendant's proven negligence, a motion for leave to appeal to the Court of Appeals will be granted if promptly made. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FINERY HOSIERY CORPORATION and Another, Appellants, v. TERMINAL HOSIERY SHOPS, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of GEORGIANA EMILY REYNOLDS, Deceased.— Decree affirmed, with costs to all parties appearing by separate attorneys and filing separate briefs, payable out of the estate. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Dowling and Martin, JJ., dissent.

YETTA WEINBERG and Another, Administrators, etc., of MAX WEINBERG, Deceased, Appellants, v. BENJAMIN M. ROSENBLATT, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE STANDARD BANK, Respondent, v. THE STATE BANK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JACOB WINDMAN, Appellant, v. MANGARD BUILDING CORPORATION, Defendant, Impleaded with BARNET SIEGEL, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JACOB WINDMAN, Appellant, v. MANGARD BUILDING CORPORATION, Defendant, Impleaded with BARNET SIEGEL, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

133 WEST 138TH STREET CO-OPERATIVE REALTY Co., INC., Appellant, v. "JOHN". BOLIN, First Name "John" Being Fictitious, etc., Respondent.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILMER E. SHOEMAKER, Respondent, v. REALTY MANAGERS, INC., Appellant.— Determination reversed and order of the City Court affirmed, with costs

---

* See Highway Law, § 302, subd. 2, as added by Laws of 1916, chap. 72; since amd. by Laws of 1921, chap. 580, and Laws of 1924, chap. 360.— [REP.